Anyone have questions? Okay, the next part. All right.